

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00201-CV

## IN RE U.S. BANK, N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO FIRST UNION NATIONAL BANK AS TRUSTEE FOR MID-STATE TRUST X

**Original Proceeding**

**From the County Court**
**Navarro County, Texas**
**Trial Court No. CV-10332**

## MEMORANDUM OPINION

The original filing fee for this proceeding has not been paid.

By letter dated July 13, 2023, the Clerk of this Court notified Relator that the filing fee was past due and that unless Relator obtained indigent status pursuant to Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20.1, the payment of the fee was required. In the same letter, the Clerk warned Relator that if the original filing fee was not paid within 21 days from the date of the letter, the proceeding would be dismissed. Twenty-one days have passed, and the filing fee has not been paid.

Accordingly, this proceeding is dismissed.  *See* Tᴇx. R. Aᴘᴘ. P. 42.3(c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Petition dismissed
Opinion delivered and filed August 30, 2023
[OT06]

